IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  09-cv-00819-AP

FELECIA E. GUNN,

       Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | DAVID M. GAOUETTE,<br>Acting United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>1225 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>Kevin.traskos@usdoj.gov<br><br>STEPHANIE LYNN F. KILEY,<br>Special Assistant U.S. Attorney<br>1961 Stout St., #1001A<br>Denver, CO 80294<br>Tele: 303-844-0017<br>Fax: 303-844-0770<br>Stephanie.kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

|  |  |  |
|---|---|---|
| A. | Date Complaint was filed: | April 9, 2009 |
| B. | Date Complaint was served on U.S. Attorney's office: | April 20, 2009 |
| C. | Date Answer and Administrative Record were filed: | June 19, 2009 |

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters to bring to the Court's attention.

**8. BRIEFING SCHEDULE**

|  |  |  |
|---|---|---|
| A. | **Plaintiff's Opening Brief due:** | August 10, 2009 |
| B. | **Defendant's Response Brief due:** | September 10, 2009 |
| C. | **Plaintiff's Reply Brief (if any) due:** | September 25, 2009 |

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiff's statement**: Plaintiff does not request oral argument.

B. **Defendant's statement**: Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A. ( ) **All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

B. ( X ) **All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

DATED:  July 9, 2009

BY THE COURT

*<u>s/John L. Kane</u>*
U.S. DISTRICT COURT JUDGE

APPROVED:

/s *Ann J. Atkinson*  
Ann J. Atkinson, Attorney at Law  
7960 South Ireland Way  
Aurora, CO 80016-1904  
Tele: 303-680-1881  
Fax: 303-680-7891  
Email: AtkinsonAJ@aol.com

DAVID M. GAOUETTE  
Acting United States Attorney

KEVIN TRASKOS  
Deputy Chief, Civil Division  
United States Attorney's Office  
District of Colorado  
kevin.traskos@usdoj.gov

/s/ Stephanie Lynn F. Kiley  
By:  Stephanie Lynn F. Kiley, Esq.  
Special Assistant U.S. Attorney  
1961 Stout St., #1001A  
Denver, CO 80294  
Tele: 303-844-0815  
Fax: 303-844-0770  
Email: Stephanie.kiley@ssa.gov