IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-819-AP**

**FELECIA E. GUNN,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  The Motion for Order to Approve Stipulation for Award of Attorney Fees Under the Equal Access to Justice Act, (doc. #18), filed October 13, 2009, is **GRANTED**.  In consideration thereof, it is

  **ORDERED** that the Defendant pay to Ann J. Atkinson, attorney for the plaintiff, reasonable attorney fees in the amount of **$3,170.84** .

  Dated at Denver, Colorado, this 13th day of October, 2009.

            BY THE COURT:

            *S/John L. Kane*
            JOHN L. KANE, SENIOR JUDGE
            UNITED STATES DISTRICT COURT